**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert Rosenstein<br>             <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 13-22444 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NA AS SERVICER FOR GINNIE MAE and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                jwarmbrodt@kmllawgroup.com
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                Phone: (215)-627-1322
                                                Attorney for Movant/Applicant