**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT ROSENSTEIN

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
     vs.
No Repondents.

Case No.:13-22444

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/07/2013 and confirmed on 7/26/13 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 258,000.00 |
| Less Refunds to Debtor | 20,388.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 237,611.55 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,300.00 | |
|    Trustee Fee | 9,963.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,263.11 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC MORTGAGE DIV PNC BANK NA | 0.00 | 85,080.90 | 0.00 | 85,080.90 |
|     Acct: 3683 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 37,972.52 | 0.00 | 37,972.52 |
|     Acct: 5627 | | | | |
| | | | | 123,053.42 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT ROSENSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT ROSENSTEIN | 4,300.00 | 4,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT ROSENSTEIN | 16,088.45 | 16,088.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 129.61 | 129.61 | 0.00 | 129.61 |
|     Acct: 1002 | | | | |
|   CERASTES LLC | 24,506.00 | 24,506.00 | 0.00 | 24,506.00 |
|     Acct: 0479 | | | | |
|   CERASTES LLC | 9,647.26 | 9,647.26 | 0.00 | 9,647.26 |
|     Acct: 1014 | | | | |
|   BMO HARRIS BANK NA | 8,176.85 | 8,176.85 | 0.00 | 8,176.85 |
|     Acct: 0626 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,500.07 | 2,500.07 | 0.00 | 2,500.07 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2931 | | | | |
|     CARNEGIE MELLON FEDERAL CREDIT U | 13,952.59 | 13,952.59 | 0.00 | 13,952.59 |
|     Acct: 0905 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 7,148.72 | 7,148.72 | 0.00 | 7,148.72 |
|     Acct: 5542 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 5,529.69 | 5,529.69 | 0.00 | 5,529.69 |
|     Acct: 8959 | | | | |
|     CHASE STUDENT LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 1,935.01 | 1,935.01 | 0.00 | 1,935.01 |
|     Acct: 3936 | | | | |
|     BMO HARRIS BANK NA | 4,723.21 | 4,723.21 | 0.00 | 4,723.21 |
|     Acct: 6446 | | | | |
|     FIA CARD SERVICES** SCCSR BANK OF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2689 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 6,233.65 | 6,233.65 | 0.00 | 6,233.65 |
|     Acct: 0405 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 1,494.37 | 1,494.37 | 0.00 | 1,494.37 |
|     Acct: 0752 | | | | |
|     NATIONAL TIRE AND BATTERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6898 | | | | |
|     PNC BANK NA | 637.27 | 637.27 | 0.00 | 637.27 |
|     Acct: 7834 | | | | |
|     WELLS FARGO BANK NA | 2,326.58 | 2,326.58 | 0.00 | 2,326.58 |
|     Acct: 1040 | | | | |
|     DISCOVER BANK(*) | 11,354.14 | 11,354.14 | 0.00 | 11,354.14 |
|     Acct: 3151 | | | | |
|     S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     REED J DAVIS ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 100,295.02 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 223,348.44 |

TOTAL
  CLAIMED          0.00
  PRIORITY         0.00
  SECURED    100,295.02

Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT ROSENSTEIN

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-22444

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____
                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Rosenstein
    Debtor

Case No. 13-22444-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2     Date Rcvd: Jul 31, 2018
                   Form ID: pdf900    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.

```
db            +Robert Rosenstein,    419 Pennsylvania Avenue,    Verona, PA 15147-3824
aty           +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
cr            +BMO Harris Bank, N.A.,    PO Box 2035,    Milwaukee, WI 53201-2035
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13652662      +BMO Diners Club,    PO Box 6012,    Carol Stream, IL 60197-6012
13721463      +BMO Harris Bank, NA,    PO Box 2035,    Milwaukee, WI 53201-2035
13652660      +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
13725009      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13652664       Carnegie Mellon FCU,    5000 University Center, Lower Level #81,    Pittsburgh, PA 15213
13652665      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13652670      +Diners Club Plus,    PO Box 6012,    Carol Stream, IL 60197-6012
13652672      +FIA Platinum Plus Visa,    PO Box 982235,    El Paso, TX 79998-2235
13652675       National Tire and Battery / CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13654813      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13663508      +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5433
13652676       PNC Mortgage,    2121 Newark Drive,    Dayton, OH 45432
13652677      +PNC Visa,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13661755      +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
13652678      +Wells Fargo Visa,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 01 2018 02:09:14
                American Honda Finance Corporation,    3625 W. Royal Lane #200,    Irving, TX  75063
cr            +E-mail/Text: cu00@andrew.cmu.edu Aug 01 2018 02:09:22
                Carnegie Mellon University Federal Credit Union,    5000 Forbes Avenue,
                Pittsburgh, PA 15213-3815
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:47
                PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13663819       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 01 2018 02:09:14
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088,    866-716-6441
13652659       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 01 2018 02:09:14
                American Honda Financial Corporation,    200 Continential Drive,    Newark, DE 19713-4334
13724894      +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:14       CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13652663      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 02:28:24       Capital One/Best Buy,
                PO Box 30253,    Salt Lake City, UT 84130-0253
13652667      +E-mail/Text: cst.bankruptcy@chase.com Aug 01 2018 02:09:38       Chase Student Loan,
                PO Box 7013,    Indianapolis, IN 46207-7013
13652668       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2018 02:08:49       Comenity Bank,
                PO Box 182789,    Columbus, OH 43218-2789
13652671       E-mail/Text: mrdiscen@discover.com Aug 01 2018 02:08:38       Discover,    PO Box 15316,
                Wilmington, DE 19850
13656004       E-mail/Text: mrdiscen@discover.com Aug 01 2018 02:08:38       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13676023      +E-mail/Text: kburkley@bernsteinlaw.com Aug 01 2018 02:09:31       Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13652673      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:48       GE Capital/Care Credit,
                P.O. Box 965036,    Orlando, FL 32896-5036
13652674      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:48       Lowe’s,    P.O. Box 965005,
                Orlando, FL 32896-5005
13710953       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:46
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13869314       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:29
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13699487       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2018 02:08:54
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC MORTGAGE, A DIVISION OF PNC BANK, NA AS SERVIC
13652669        Daniel Aiello
13725450*      +BMO Harris Bank, NA,    PO Box 2035,    Milwaukee, WI 53201-2035
13652661*      +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
13652666*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                               TOTALS: 2, * 3, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: dric                  Page 2 of 2                   Date Rcvd: Jul 31, 2018
                              Form ID: pdf900             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NA AS SERVICER
               FOR GINNIE MAE bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Robert   Rosenstein julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Timothy S. Lijewski    on behalf of Creditor    Carnegie Mellon University Federal Credit Union
               covellilawoffices@yahoo.com,    jcovelli@covellilaw.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```